IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN CHEN,                              :
                                        :
      Petitioner              :
                                        :
  v.                                    :   CIVIL NO. 4:CV-14-98
                                        :
DONNA ZICKEFOOSE, ET AL.,               :   (Judge Brann)
                                        :
      Respondents             :

## ORDER

January 28, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner is **GRANTED** leave to proceed in forma pauperis for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

3. Petitioner may reassert his present claims in a properly filed civil rights action.

4. The Clerk of Court is directed to **CLOSE** the case.

1

5.	Based on the Court's conclusion, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge